# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3319
Lower Tribunal Nos. 23-DR-002392 and 2023-DR-1559

_____

JAMES T. BURN, II,

Appellant,

v.

JENNISSHA MARIE CASILLAS,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Michael J. Snure, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and GANNAM, JJ., concur.


Jesse A. Haskins, of J. Haskins Law, P.A., Savannah, Georgia, for Appellant.

Jennissha Marie Casillas, Kissimmee, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED